FILED

JAN 3 1 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

FEB - 5 2007

RICHARD W. WIEKING
NORTH... ...NIA

| UNITED STATES OF AMERICA, | Nos. 05-16466 |
| --- | --- |
| Plaintiff - Appellee, | 05-16547 |
|  | 05-16556 |
| v. | D.C. No. CV-98-00088-CRB |
|  | Northern District of California, |
| OAKLAND CANNABIS BUYERS' COOPERATIVE; et al., | San Francisco |
| Defendants - Appellants. | ORDER |

Appellants' unopposed motion to further stay appellate proceedings pending disposition of *Raich v. Gonzales*, no. 03-15481, is granted in part.

This case is stayed until April 13, 2007. On or before the expiration of the stay, appellants shall file the opening brief or file a status report and an appropriate motion.

If appellants file the opening brief, the answering brief shall be due May 14, 2007. The optional reply briefs shall be due 14 days after service of the answering brief.

05-16466, 05-16547, 05-16556

The filing of the opening brief or failure to file a status report shall terminate the stay.

    For the Court:

    CATHY A. CATTERSON
    Clerk of the Court

    *Lorela Bragado-Sevillena*
    Lorela Bragado-Sevillena
    Deputy Clerk
        Ninth Circuit Rule 27-7/Advisory Note
        to Rule 27 and Ninth Circuit Rule 27-10

pro 1.29

2