**FILED**

**MAY 0 7 2007**

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY - 8 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. OAKLAND CANNABIS BUYERS' COOPERATIVE; et al., Defendants - Appellants. | Nos. 05-16466<br>05-16547<br>05-16556<br>D.C. No. CV-98-00088-CRB<br>Northern District of California,<br>San Francisco<br>ORDER |
|---|---|

Appellants Marin Alliance for Medical Marijuana and Lynnette Shaw's unopposed motion for an extension of time to file a joinder to the opening brief is construed as a motion to file a joinder to the opening brief filed by appellant Oakland Cannibis Buyer's Cooperative on April 13, 2007. So construed, the motion is granted.

Appellants Marin Alliance for Medical Marijuana and Lynnette Shaw's unopposed motion to file a supplemental opening brief is granted. The supplemental opening brief shall not exceed 5 pages and is due within 14 days after the date of this order.

05-16466, 05-16547, 05-16556

The answering brief is due 30 days after service of the supplemental opening brief. The optional reply brief is due 14 days after service of the answering brief.

                For the Court:

                CATHY A. CATTERSON
                Clerk of the Court

                Lorela Bragado-Sevillena
                Deputy Clerk
                    Ninth Circuit Rule 27-7/Advisory Note
                    to Rule 27 and Ninth Circuit Rule 27-10

pro 4.30