**FILED**

JUN 2 5 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Richard W. Wieking
Clerk

UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

ENDORSED
FILED
ALAMEDA COUNTY

07 JUN 22 AM 10: 27

General Court Number
415.522.2000

June 14, 2007

Alameda County Superior Court
1225 Fallon Street, Room 209
Oakland, CA 94612

RE: CV 07-02354 CRB   MELINDA GALARSA-v-GALLETTI AND SONS INC ET AL
    Your Case Number: (RG07316544)

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

    (x)    Certified copies of docket entries

    (x)    Certified copies of Remand Order

    ()    Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

        Sincerely,

        RICHARD W. WIEKING, Clerk

        by: Maria Loo
        Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5 Rev. 7/92
o:\mrg\civil\remand.mrg