**FILED**

MAR 0 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES COURT OF APPEALS
for the Ninth Circuit
P. O. Box 31478
Billings, Montana 59107-1478

Chambers of
SIDNEY R. THOMAS
United States Circuit Judge

Tel.: (406) 657-5950
Fax: (406) 657-5949

## MEMORANDUM TO RECORDS UNIT

TO:     Office of the Clerk
        United States District Court
        Northern District of California
        450 Golden Gate Avenue
        San Francisco, CA 94102

FROM:   Susan Ando

DATE:   March 3, 2008

RE:     <u>U.S. v. Oakland Cannabis</u>
        USCA #05-16466
        USDC #C-98-0088-CRB

Enclosed are the following records in the above case which we are returning to you at this time:

Nine (9) volumes clerk record

Five (5) expando folders