

FILED

JUN 19 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 12 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>V.<br><br>OAKLAND CANNABIS BUYERS' COOPERATIVE; JEFFREY JONES,<br><br>Defendants - Appellants. | No. 05-16466<br>D.C. No. CV-98-00088-CRB<br>Northern District of California,<br>San Francisco<br><br>**AMENDED MANDATE** |
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>V.<br><br>MARIN ALLIANCE FOR MEDICAL MARIJUANA; LYNETTE SHAW,<br><br>Defendants - Appellants. | No. 05-16547<br>D.C. No. CV-98-00086-CRB<br>Northern District of California,<br>San Francisco<br><br>**AMENDED MANDATE** |
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>V.<br><br>UKIAH CANNABIS BUYER'S CLUB; CHERRIE LOVETT; MARVIN LEHRMAN MILDRED LEHRMAN,<br><br>Defendants - Appellants. | No. 05-16556<br>D.C. No. CV-98-00087-CRB<br>Northern District of California,<br>San Francisco<br><br>**AMENDED MANDATE** |

The judgment of this Court, entered \*\*/\*\*/\*\*, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court


By: Gabriela Van Allen
Deputy Clerk

```
A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

        JUN 1 2 2008

by: _____
         Deputy Clerk
```