**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

June 19, 2008

CASE NUMBER:   **CV 98-00088 CRB**
CASE TITLE:    **USA-v- Oakland Cannabis, et al**
DATE MANDATE FILED:  6/19/08

TO COUNSEL OF RECORD:

    The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

    Sincerely,

    RICHARD W. WIEKING, Clerk

    by:  Maria Loo
    Case Systems Administrator

Distribution:   CIVIL      -    Counsel of Record

           CRIMINAL   -    Counsel of Record
                               U.S. Marshal (Copy of Mandate)
                               U.S. Probation Office

NDC App-16